No. 63214.—Ross Products, Inc. v. United States, protest 58/17131 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of earthenware ashtrays with metal or wire holders and that the issue is the same as that in *James Betesh Import Co.* v. *United States* (40 Cust. Ct. 186, C.D. 1981), the claim of the plaintiff was sustained.

No. 63215.—The Borregaard Co., Inc., and F. L. Kraemer & Co., Inc. v. United States, protests 324544–K and 324589–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C.D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

No. 63216.—B. Altman & Co. et al. v. United States, protests 322497–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.